UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2017

ANGEL RUIZ,

       Plaintiff,

   -against-

KERATIN BAR,

       Defendant.

17-CV-2216 (VEC)

MEDIATION REFERRAL ORDER
FOR PRO SE EMPLOYMENT
DISCRIMINATION CASES

VALERIE CAPRONI, United States District Judge:

  IT IS ORDERED that this *pro se* case is referred for mediation to the Court's Mediation Program. Local Rule 83.9 and the Mediation Program Procedures shall govern the mediation. Unless otherwise ordered, the mediation will have no effect upon any scheduling order issued by this Court, and all parties are obligated to continue to litigate the case.

  IT IS FURTHER ORDERED that the Clerk of Court shall attempt to locate pro bono counsel to represent the plaintiff at the mediation. *Pro bono* counsel will contact the plaintiff directly. The time to assign a mediator under Local Rule 83.9 and the Court's Mediation Program Procedures will be deferred until *pro bono* counsel has filed a Notice of Limited Appearance of *Pro Bono* Counsel. *Pro bono* counsel will represent the plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

  IT IS FURTHER ORDERED that any objection by the plaintiff to either the mediation or to the Court's request for *pro bono* counsel to represent the plaintiff in the mediation must be filed within 14 days of this order.

Dated: April 5, 2017
    New York, New York

                   _____
                   VALERIE CAPRONI
                   United States District Judge