USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:17-cv-02216-VEC Document 7 Filed 05/22/17 Page 1 of 3

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Angel Ruiz | COURT CASE NUMBER<br>17cv2216 (VEC) |
|---|---|
| DEFENDANT<br>Keratin Bar | TYPE OF PROCESS<br>Service of Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Keratin Bar

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
342 West 14th Street  New York, New York 10014

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| PRO SE:    Angel Ruiz<br>1 Metropolitan Oval<br>Apt. 3E<br>Bronx, NY 10462 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                 Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(212)- 805 - 0175 | DATE<br>4/5/17 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>P1 | District of Origin<br>No. 054 | District to Serve<br>No. 054 | Signature of Authorized USMS Deputy or Clerk<br>D. M. Foster | Date<br>4/7/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>Jeffrey Shepo, attorney | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>5/4/17 | Time<br>☐ am  ☐ pm |
| | Signature of U.S. Marshal or Deputy<br>D. M. Foster  2708004 |

| Service Fee<br>$8 | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges<br>$8 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br><br>$0.00 |
|---|---|---|---|---|---|

REMARKS:  Setup for mail service.
4/7/17

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

17-2216-1

Form USM-285
Rev. 12/80

**U.S. Department of** Justice

United States Marshals Service

Southern District of New York



500 Pearl Street, Suite 400, New York, NY 10007

## STATEMENT OF SERVICE BY MAIL AND ACKNOWLEDGMENT

## OF RECEIPT BY MAIL OF SUMMONS AND COMPLAINT

A.      STATEMENT OF SERVICE BY MAIL

United States District Court

for the

Southern District of New York

Civil File Number <u>17 CIV 2216</u>

April 7, 2017

<u>Angel Ruiz</u> vs.

<u>Keratin Bar</u>

TO:     Keratin Bar
        342 West 14th Street
        New York, NY 10014

      The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and section 312-a of the New York Civil Practice Law and Rules.

      To avoid being charged with the expense of service upon you, you must sign, date, and complete the acknowledgment part of this form and mail or deliver this original completed form to the U.S. Marshals Service within 30 days from the date you receive this form. A self-addressed envelope has been included for your convenience. You should keep a copy for your records or for your attorney.

      If you do not complete and return the form to the U.S. Marshals Service within 30 days, you (or the party on whose behalf you are being served) may be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

      The return of this statement and acknowledgment does not relieve you of the necessity to answer the complaint or petition.

      Under a standing order of the Court, filed December 30, 2013, if a defendant or defendant's agent returns the acknowledgment form within 30 days of receipt, the defendant will have 60 days from the date the defendant or defendant's agent mails or delivers to the U.S. Marshals Service the completed Acknowledgment of Receipt of Service by Mail to file and serve an answer or other responsive pleading. If you wish to consult with an attorney, you should do so as soon as possible before the 60 days expire.

      If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity.  If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

      It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgment

                                            OVER>

CIVIL ACTION FILE NUMBER:   17 CIV 2216

Angel Ruiz   vs.         Keratin Bar

**B.      ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR PETITION**

I received a summons and complaint.  PLEASE CHECK ONE OF THE FOLLOWING;

IF 2 IS CHECKED, COMPLETE AS INDICATED:

    1.  [✓] I am not in military service.

    2.  ____ I am in military service, and my rank, serial number and branch of service
are as follows:

Rank:_____
Serial Number:_____
Branch of Service:_____

TO BE COMPLETED REGARDLESS OF MILITARY STATUS:

    Date:_____5/4/17_____
            (Date this acknowledgment is executed)

I affirm the above as true under penalty of perjury

Signature _____

Print Name _____Jeffrey Shepro_____     212-575-2683

_____Attorney -GC_____
Relationship to Entity/Authority to Receive Service
of Process (i.e., self, officer, attorney, etc.)

USMS OFFICIAL: KATRINA FOSTER