UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL RUIZ,

        Plaintiff,

        – v. –

KERATIN BAR,

        Defendant.

ECF CASE

No. 17-cv-2216 (VEC)

**NOTICE OF LIMITED APPEARANCE
OF *PRO BONO* COUNSEL**

To the Clerk of the Court and All Parties of Record:

Please enter my appearance in the case captioned above as *pro bono* counsel on behalf of

Plaintiff Angel Ruiz for the limited purpose of mediation.

I certify that I am admitted to practice before this Court.


Dated: May 30, 2017
      New York, New York

        /s/ James A. Hunter
        James A. Hunter (JH-1910)
        HUNTER & KMIEC
        255 West 94th Street, No. 10M
        New York, New York  10025
        Telephone: (646) 666-0122
        Facsimile: (646) 462-3356
        E-Mail: hunter@hunterkmiec.com

        *Counsel for Plaintiff Angel Ruiz*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL RUIZ,

        Plaintiff,

        − v. −

KERATIN BAR,

        Defendant.

ECF CASE

No. 17-cv-2216 (VEC)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2017 I caused a true and correct copy of my Notice of

Limited Appearance of *Pro Bono* Counsel to be served on each person set forth on Exhibit A

hereto by U.S. mail to the address set forth below his or her name thereon.

/s/ James A. Hunter
James A. Hunter

**Exhibit A**
**Service List: *Ruiz v. Keratin Bar*,**
**No. 17-cv-2216 (VEC) (S.D.N.Y. filed Mar. 27, 2017)**

*Defendant Keratin Bar*:

Jeffrey Shepro, Esq.
Jeffrey Shepro, P.C.
817 Broadway Suite 1028
New York, New York  10003