UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ANGEL RUIZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cv-O2216-VEC |
| ) | |
| ) | **NOTICE OF APPEARANCE** |
| KERATIN BAR ) | |
| ) | |
| Defendant. ) | |
| ) | |

To the Clerk of Court and All Parties of Record:

Please enter the appearance in the above captioned case above as counsel on behalf of defendant Keratin Bar.

I certify that I am admitted to practice before this Court.

                  Respectfully submitted,

                  */s/ Lisa Alexis Jones*
                  Lisa Alexis Jones, Esq. (LJ 1268)
                  Lisa Alexis Jones, PLLC
                  1 Rockefeller Plaza, 10th Floor
                  New York, N.Y.  10020
                  (646) 756-2967
                  (888) 755-6778 (Fax)
                  ljones@lisaajones.com

                  *Counsel for Defendant Keratin Bar*

Dated: July 2, 2017
       New York, New York

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July 2017, I caused to be sent via ECF and regular first class postage to *pro se* Plaintiff Angel Ruiz, a copy of the foregoing Notice of Appearance to:

Angel Ruiz
1 Metropolitan Oval
Apartment 3E
Bronx, N.Y.  10462
*Pro Se Plaintiff*

James A. Hunter, Esq.
Hunter & KMIEC
255 West 94th Street, No. 10M
New York, New York  10025
*Pro Bono Counsel for Plaintiff Angel Ruiz*

> */s/ Lisa Alexis Jones*
> Lisa Alexis Jones