UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                                  )
ANGEL RUIZ                                        )
                                                  )
     Plaintiff,                                 )
                                                  )
     v.                                         )    Case No. 17-cv-02216 (VEC)
                                                  )
                                                  )    **PROPOSED ORDER**
KERATIN BAR                                       )
                                                  )
     Defendant.                                 )
_____)

    Upon consideration of defendant's motion to dismiss, plaintiff's opposition thereto and

the record herein it is on this _____ day of July 2017 hereby

    **ORDERED**, that defendant's motion to dismiss shall and hereby is **GRANTED**.


                    _____
                    Valerie E. Caproni
                    United States District Court