**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**

**875 THIRD AVENUE**

**NEW YORK, NEW YORK 10022-0123**

(212) 603-6300

**MEMO ENDORSED**

FAX (212) 956-2164

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/31/2020
```

Lisa Alexis Jones
Partner
Direct Dial: (212) 603-6344
laj@robinsonbrog.com

January 30, 2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge for the Southern District of New York
40 Foley Square
New York, N.Y. 10007

                Re:    <u>Ruiz v. Keratin Bar, et al.</u>,
                       United States District Court Case No.: 17-cv-2216-VEC

Dear Judge Caproni:

      This office represents defendants in the above matter and this is a *joint* request that the deadline for the filing of the parties' Joint Pretrial Statement ("JPTS") be extended one week until February 10, 2020. The current deadline for the filing of the JPTS is February 3, 2020; the pretrial conference is scheduled for February 24, 2020 and trial is set for March 3, 2020. The reasons for this request are as follows:

      Since at least December 2019, the parties have engaged in *multiple* mediation sessions and conferences with the aid of the Court's Mediation Office, including a fruitful session as recently as this past Tuesday, January 28, 2020, and continuing through the week. As a result of those efforts, the parties have made substantial headway in bridging a significant gap in each parties' settlement posture. Accordingly, the parties respectfully request additional time to attempt to exhaust all possible settlement negotiations prior to expending additional resources to complete the JPTS.

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**

Page 2

On behalf of each of the parties, I thank the Court for its time and consideration.

Very truly yours,

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

By:  /s/ Lisa Alexis Jones
Lisa Alexis Jones

cc: All Parties (via ECF)

Application GRANTED. The parties' joint pretrial submissions are due no later than **February 10, 2020**.

SO ORDERED.

1/31/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE