USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
ANGEL RUIZ,

                Plaintiff,

      -against-

KERATINBAR INC. and 1976 HEALTHCARE INC.,

                Defendants.
-------------------------------------------------------------------- X

17-CV-2216 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the jury trial scheduled for March 23, 2020, now conflicts with another trial on the Court's schedule;

    IT IS HEREBY ORDERED that the jury trial is ADJOURNED to **April 13, 2020**.  Jury selection will begin at 10:00 a.m.  The final pretrial conference scheduled for March 23, 2020, is ADJOURNED to **April 9, 2020, at 2:30 p.m.**

**SO ORDERED.**

Date: March 5, 2020
      New York, NY

                      **VALERIE CAPRONI**
                      **United States District Judge**