USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ANGEL RUIZ,

                Plaintiff,

        -against-

KERATINBAR INC. and 1976 HEALTHCARE INC.,

                Defendants.
------------------------------------------------------------------ X

17-CV-2216 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS a jury trial is scheduled to begin on April 13, 2020; and

    WHEREAS all jury trials in the Southern District of New York scheduled to begin before April 27, 2020, have been continued as a result of the current public health crisis, *see In re: Coronavirus/COVID-19 Pandemic, M10-468*, at \*1 (S.D.N.Y. March 13, 2020);

    IT IS HEREBY ORDERED that the jury trial is ADJOURNED to **May 18, 2020, at 10:00 a.m.** The final pretrial conference is ADJOURNED to **May 14, 2020, at 2:30 p.m.**

**SO ORDERED.**

Date: March 25, 2020
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**