```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ANGEL RUIZ,                                            :
                                                       :
                              Plaintiff,               :
                                                       :     17-CV-2216 (VEC)
              -against-                                :
                                                       :     ORDER
KERATINBAR INC. and 1976 HEALTHCARE INC.,              :
                                                       :
                              Defendants.              :
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS a jury trial is scheduled to begin on May 18, 2020;

   WHEREAS all jury trials in the Southern District of New York scheduled to begin before June 1, 2020, have been continued as a result of the current public health crisis, *see In re: Coronavirus/COVID-19 Pandemic*, M-10-468 (S.D.N.Y. March 27, 2020);

   IT IS HEREBY ORDERED that the parties must submit a letter no later than **April 24, 2020**, proposing three mutually-agreeable trial dates after September 1, 2020.

   **SO ORDERED.**

                                                  _____
**Date:  March 5, 2020**                          **VALERIE CAPRONI**
       **New York, NY**                           **United States District Judge**