```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ANGEL RUIZ,                                                    :
                                                               :
                        Plaintiff,                             :
                                                               :       17-CV-2216 (VEC)
                -against-                                      :
                                                               :       ORDER
KERATINBAR INC. and 1976 HEALTHCARE                            :
INC.,                                                          :
                                                               :
                        Defendants.                            :
-------------------------------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 5/12/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS a jury trial is scheduled in this case (Dkt. 137);

IT IS HEREBY ORDERED THAT:

1. In light of the COVID-19 pandemic, the trial and final pretrial conference are adjourned *sine die*. When jury trials become feasible again, the parties will be given at least one month notice of their new trial date.

2. No later than **May 18, 2020,** the parties must meet and confer and inform the Court whether they wish to waive a jury trial and proceed with a bench trial. If the parties wish to proceed with a bench trial, although the Court cannot yet set a date for the trial, the parties will receive at least one month notice of any such trial date (which is likely to be sooner than the date on which a jury trial can be held). In the same letter, the parties must also inform the Court whether they would like a referral to the Magistrate Judge for a settlement conference. If there is a disagreement between the parties on either issue, inform the Court only that there is no joint agreement; do not inform the Court which party takes which position.

The Clerk of Court is directed to close the open motion on docket 138.

**SO ORDERED.**

**Date: May 12, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**