```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ANGEL RUIZ,                                         :
                                                    :
                          Plaintiff,                :
                                                    :           17-CV-2216 (VEC)
             -against-                              :
                                                    :              ORDER
KERATINBAR INC. and 1976 HEALTHCARE INC.,           :
                                                    :
                          Defendants.               :
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 18, 2020, Plaintiff and counsel for both parties appeared for a teleconference before the Court; and

    WHEREAS Plaintiff and Plaintiff's counsel raised concerns about the attorney-client relationship;

    IT IS HEREBY ORDERED that, should Plaintiff's counsel decide to withdraw as counsel for Plaintiff, Plaintiff's counsel's motion to be relieved and any motion for a lien are due no later than **October 2, 2020**. Plaintiff's counsel must serve a copy of any motions on Plaintiff and file an affidavit of service on the docket. Plaintiff may file a response in opposition to Plaintiff's motion(s) no later than **October 23, 2020**. Plaintiff's counsel may reply no later than **October 30, 2020**.

    IT IS FURTHER ORDERED that Plaintiff's counsel must provide the Court with Plaintiff's personal email address.

**SO ORDERED.**

Date: September 18, 2020
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**