```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
ANGEL RUIZ,                                             :
                                                        :
                        Plaintiff,                      :
                                                        :     17-CV-2216 (VEC)
            -against-                                   :
                                                        :     ORDER
KERATINBAR INC. and 1976 HEALTHCARE INC.,               :
                                                        :
                        Defendants.                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 3, 2020, the Court issued an order granting Plaintiff's counsel's motion to withdraw and to attach a charging lien (Dkt. 158);

      WHEREAS since the issuance of the Court's Order, Plaintiff has made numerous calls to chambers;

      WHEREAS Plaintiff has requested a copy of all of his files provided to the Court in this case;

      WHEREAS Plaintiff has requested a copy of all documents in his former counsel's possession pertaining to this case; and

      WHEREAS the Court construes certain of Plaintiff's statements in his voicemails as a request that the Court recuse itself for bias;

      IT IS HEREBY ORDERED that Plaintiff's former counsel, Borrelli & Associates, P.L.L.C., must provide to Plaintiff a complete copy of all files it has in its possession relating to Plaintiff's case. Plaintiff may communicate with Borrelli & Associates to discuss the optimal manner in which to transmit the necessary files. Plaintiff may also access previously filed records in this case on PACER, the Court's publicly available online service. To learn more

about PACER, Plaintiff can access the Court's website at

https://nysd.uscourts.gov/programs/records/pacer.

IT IS FURTHER ORDERED that Plaintiff's request that the Court recuse itself is DENIED.  The Court believes neither that its impartiality might reasonably be questioned nor that it has a personal bias or prejudice concerning a party.  *See* 28 U.S.C. § 455(a), (b)(1).  Contrary to Plaintiff's assertions, the Court's December 3, 2020 Order granting Plaintiff's counsel's motion to withdraw expressed no judgment on the merits of this case.

IT IS FURTHER ORDERED that Plaintiff must refrain from calling chambers.  To the extent Plaintiff has a specific request for the Court to consider, Plaintiff must file a letter with the Court clearly making that specific request.  The Court encourages Plaintiff to register as an ECF user to simplify the process of communicating with the Court.  Instructions for receiving notice of filings and filing documents by email can be found at https://nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf and https://nysd.uscourts.gov/sites/default/files/2020-04/2020-04-08-Email-Instructions-pro-se-filings-final.pdf.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff at: 1 Metropolitan Oval, Apt. 3E, Bronx, New York 10462.

**SO ORDERED.**

**Date:  December 8, 2020**
**       New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**