USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/08/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
ANGEL RUIZ,                                                         :
                                                                    :
                                Plaintiff,                          :
                                                                    :         17-CV-2216 (VEC)
                -against-                                           :
                                                                    :         ORDER
KERATINBAR INC. and 1976 HEALTHCARE INC.,                           :
                                                                    :
                                Defendants.                         :
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on May 12, 2020, the trial and final pretrial conference in this case were adjourned *sine die* in light of the COVID-19 pandemic, *see* Order, Dkt. 139;

   WHEREAS on December 3, 2020, the Court granted Plaintiff's counsel's motion to withdraw as counsel, *see* Opinion & Order, Dkt. 158;

   WHEREAS on January 5, 2021, the Court confirmed that Plaintiff was proceeding *pro se* in this matter, *see* Order, Dkt. 161; and

   WHEREAS to date, no new counsel has appeared on Plaintiff's behalf and a new trial date has not been scheduled;

   IT IS HEREBY ORDERED that the parties must appear for an **in-person** conference on **Friday, April 7, 2023 at 10:00 A.M.** in Courtroom **443** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Plaintiff must be prepared to indicate how he seeks to move forward with the case at the conference.

   IT IS FURTHER ORDERED that the Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff Angel Ruiz at 1 Metropolitan Oval, Apt. 3E, Bronx, NY 10462, and to note the mailing on the docket.

SO ORDERED.

Date:  March 8, 2023
       New York, NY

                    **VALERIE CAPRONI**
                **United States District Judge**