USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/05/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
ANGEL RUIZ,                                          :
                                                     :
                      Plaintiff,           :
                                                     :    17-CV-2216 (VEC)
        -against-                                  :
                                                     :    ORDER
                                                     :
KERATINBAR INC. and 1976 HEALTHCARE INC.,            :
                                                     :
                      Defendants.          :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 12, 2020, the trial and final pretrial conference in this case were adjourned *sine die* in light of the COVID-19 pandemic, *see* Order, Dkt. 139;

       WHEREAS on December 3, 2020, the Court granted Plaintiff's counsel's motion to withdraw as counsel, *see* Opinion & Order, Dkt. 158;

       WHEREAS on January 5, 2021, the Court confirmed that Plaintiff was proceeding *pro se* in this matter, *see* Order, Dkt. 161;

       WHEREAS to date, no new counsel has appeared on Plaintiff's behalf and a new trial date has not been scheduled;

       WHEREAS on March 8, 2023, the Court scheduled an in-person status conference for Friday, April 7, 2023 at 10:00 A.M. and ordered Plaintiff to be prepared to discuss how he wishes to proceed with the case; and

       WHEREAS on April 4, 2023, Plaintiff notified the Court by telephone that he is unable to attend the status conference and that a letter to that effect was mailed to the Court (to date the Court has not received the letter);

IT IS HEREBY ORDERED that the status conference scheduled for Friday, April 7, 2023, at 10:00 A.M. is CANCELLED.

IT IS FURTHER ORDERED that not later than **Tuesday, April 18, 2023**, the parties must submit a joint letter to the Court indicating whether either side objects to the Court staying this case until Plaintiff notifies the Court that he is prepared to proceed to trial or that he wishes to dismiss the action.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff Angel Ruiz at 1 Metropolitan Oval, Apt. 3E, Bronx, NY 10462, and to note the mailing on the docket.

**SO ORDERED.**

Date:  April 5, 2023
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**