USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

ANGEL RUIZ,

                    Plaintiff,

          -against-

KERATINBAR INC. and 1976 HEALTHCARE INC.,

                  Defendants.

------------------------------------------------------------------- X

17-CV-2216 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 3, 2017, Plaintiff Angel Ruiz ("Mr. Ruiz") was granted *in forma pauperis* status, *see* Order, Dkt. 3;

      WHEREAS on May 12, 2020, the trial and final pretrial conference in this case were adjourned *sine die* in light of the COVID-19 pandemic, *see* Order, Dkt. 139;

      WHEREAS on December 3, 2020, the Court granted Mr. Ruiz's counsel's motion to withdraw as counsel, *see* Opinion & Order, Dkt. 158;

      WHEREAS on March 8, 2023, the Court ordered the parties to appear for an in-person status conference to discuss whether Mr. Ruiz intends to move forward with this case, *see* Order, Dkt. 162;

      WHEREAS on April 5, 2023, Mr. Ruiz notified the Court that he was unable to attend the status conference and the conference was cancelled, *see* Order, Dkt. 163;

      WHEREAS on April 12, 2023, the Court advised Mr. Ruiz that he may, if he wishes to proceed to trial, make a request for pro bono counsel, but that filing a request would not guarantee appointment of pro bono counsel, *see* Order, Dkt. 166; and

WHEREAS on April 20, 2023, Mr. Ruiz filed a request for pro bono counsel, *see* Dkt. 167;

IT IS HEREBY ORDERED that Mr. Ruiz's request is GRANTED and the Pro Se Office is respectfully directed to inquire as to the availability of pro bono counsel, preferably with Spanish language skills, to represent Mr. Ruiz.  If an attorney volunteers, the attorney will contact Mr. Ruiz directly.  If an attorney does not volunteer by **Friday, June 16, 2023**, the Court will enter an order to show cause why this case should not be dismissed without prejudice for failure to prosecute.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Ruiz and to note the mailing on the docket.

**SO ORDERED.**

**Date:  April 24, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**