USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ANGEL RUIZ,                                                          :
                                                                     :
                            Plaintiff,                               :
                                                                     :       17-CV-2216 (VEC)
            -against-                                                :
                                                                     :       ORDER
KERATINBAR INC. and 1976 HEALTHCARE INC.,                            :
                                                                     :
                            Defendants.                              :
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 3, 2017, Plaintiff Angel Ruiz ("Mr. Ruiz") was granted *in forma pauperis* status, *see* Order, Dkt. 3;

WHEREAS on May 12, 2020, the trial and final pretrial conference in this case were adjourned *sine die* in light of the COVID-19 pandemic, *see* Order, Dkt. 139;

WHEREAS on December 3, 2020, the Court granted Mr. Ruiz's counsel's motion to withdraw as counsel, *see* Opinion & Order, Dkt. 158;

WHEREAS on March 8, 2023, the Court ordered the parties to appear for an in-person status conference to discuss whether Mr. Ruiz intends to move forward with this case, *see* Order, Dkt. 162;

WHEREAS on April 5, 2023, Mr. Ruiz notified the Court that he was unable to attend the status conference and the conference was cancelled, *see* Order, Dkt. 163;

WHEREAS on April 12, 2023, the Court advised Mr. Ruiz that he may, if he wishes to proceed to trial, make a request for pro bono counsel, but that filing a request would not guarantee appointment of pro bono counsel, *see* Order, Dkt. 166;

WHEREAS on April 20, 2023, Mr. Ruiz filed a request for pro bono counsel, *see* Dkt. 167;

WHEREAS on April 24, 2023, the Court granted Mr. Ruiz's request that the Court inquire as to the availability of pro bono counsel to represent him, directed the Pro Se Office to inquire as to the availability of pro bono counsel for Mr. Ruiz, and indicated that if an attorney did not volunteer to represent Mr. Ruiz by June 16, 2023, the Court would enter an order to show cause why this case should not be dismissed for failure to prosecute, *see* Order, Dkt. 168; and

WHEREAS to date, no attorney has appeared on Mr. Ruiz's behalf;

IT IS HEREBY ORDERED that not later than **Friday, July 14, 2023**, Mr. Ruiz must submit a letter to the Court explaining whether he is prepared to proceed to trial, whether there are any other grounds for the Court not to dismiss this case for failure to prosecute, or whether he wishes voluntarily to dismiss this case.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Ruiz and to note the mailing on the docket.

**SO ORDERED.**

**Date:  June 23, 2023**
**          New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**